IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT EARL WILLIAMS,            )
                                 )
        Petitioner,               )
                                 )
    v.                           )      1:18CV577
                                 )      1:13CR490-1
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )

## ORDER

On July 10, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) Petitioner timely filed objections (Doc. 4) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's submission (Doc. 1) is construed as a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and that this action is hereby **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition in the proper district after exhausting any available administrative remedies as set out in the Order and Recommendation. A Judgment

dismissing this action will be entered contemporaneously with this Order.

This the 31st day of August, 2018.

/s/ William L. Osteen, Jr.
United States District Judge